UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| McLORDAN BAUTISTA, | ) | No. CV 14-6608 R (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 5, 2014

MANUEL L. REAL
United States District Judge